UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN MANUEL SORIA-MEDINA,

        Defendant.
_____/

Case No. 1:07:CR:33

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed April 4, 2007, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Juan Manuel Soria-Medina's plea of guilty to Count One of the Indictment is accepted. Defendant Juan Manuel Soria-Medina is adjudicated guilty.

3.    Defendant Juan Manuel Soria-Medina shall be detained pending sentencing.

Dated: April 18, 2007

                                                  /s/ Gordon J. Quist
                                                  GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE